UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
VLADIMIR JEANTY,

              Plaintiff,                                     **ORDER**
                                                           **23-CV-9472 (OEM) (JAM)**

    - against -

THE CITY OF NEW YORK, et al.,

              Defendants.
-----------------------------------------------------X

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        The Honorable Orelia E. Merchant has assigned this case to the undersigned for all pretrial purposes.  Enclosed is a copy of my Individual Practices and Rules.  All parties are required to follow them.

        The Court's records reflect that the complaint in this action was filed on December 26, 2023.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon the Defendants by **March 25, 2024**, or Plaintiff fails to show good cause why such service has not been effected by that date, it will be recommended that the Court dismiss this action without prejudice.  Plaintiff shall promptly advise the Court once the Defendants have been served.

        Plaintiff is required to advise the Clerk of Court of any change of address.  Failure to keep the Court informed of Plaintiff's current address means that the Court will not know where to contact Plaintiff and may result in dismissal of the case.  For information regarding Court

procedures, Plaintiff may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

      SO ORDERED.

                                            */s/ Joseph A. Marutollo*
                                            JOSEPH A. MARUTOLLO
                                            United States Magistrate Judge

Dated: January 4, 2024
       Brooklyn, New York