UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

|  |  |  |
|---|---|---|
| VLADIMIR JEANTY, | | **NOTICE OF MOTION** |
| | Plaintiff, | **FRCP 15(a)(2)** |
| -against- | | |
| THE CITY OF NEW YORK, et al., | | 23-CV-09472 |
| | Defendants. | |

- ------------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Vladimir Jeanty dated June 26, 2025, Exhibits 1 and 2, and all the papers and proceedings had herein, on July 14, 2025, Plaintiff Vladimir Jeanty will move this Court before the Honorable Joseph A. Marutollo, United States District Magistrate Judge at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201 for an Order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Plaintiff leave to file the attached Proposed Third Amended Complaint and for such other and further relief as the Court may deem just and proper.

Signed and dated:

Queens, New York
June 26, 2025

VLADIMIR JEANTY, Pro-se
PO Box 921173
Arverne, NY 11692-1173
(516) 667-9231
vladimirjeanty@gmail.com