UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
VLADIMIR JEANTY

                Plaintiff,

                -against-

THE CITY OF NEW YORK; et al

                Defendants.

-----------------------------------------------------------------------X

**DOCKET NO.:**

**23-cv-09472**

**PLAINTIFF'S**

**Vladimir Jeanty**

**Declaration**

VLADIMIR JEANTY, hereby state and affirms under the penalty of perjury:

1. That I make this declaration in support of Plaintiff Proposed Third Amended Complaint.
2. Except as otherwise stated, I have personal knowledge of the matters set forth herein.
3. I submit the attached Proposed Third Amended Complaint, (PTAC) with Exhibit 1 and 2 to be filed in this matter pursuant to FRCP 15(a)(2).
4. I request permission to file the PTAC to comply with this Courts Scheduling Order dated May 7, 2025.

Dated: June 26, 2024

Queens, New York

_____
VLADIMIR JEANTY, Pro-se
PO Box 921173
Arverne, NY 11692-1173
(516) 667-9231
vladimirjeanty@gmail.com

1